E-FILED
Thursday, 17 July, 2025  10:13:01 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-10005 |
| | ) | |
| LEANDRO M. BORDONES VILLEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

## FORFEITURE MONEY JUDGMENT ORDER

This matter is before the Court on the Government's Motion for Entry of a Forfeiture Money Judgment Order upon Defendant Leandro M. Bordones Villegas' plea of guilty and pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.      The Indictment herein sought forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any property, real or personal, which constitutes or is derived from proceeds traceable to the charged offenses, including, but not limited to, a forfeiture money judgment in an amount to be determined, representing the proceeds of the offenses charged in Counts One and Two.

2.      On June 10, 2025, the defendant entered into a written plea agreement with the United States wherein he pled guilty to Counts One and Two of the Indictment, consented to the forfeiture allegation, and agreed to make restitution to the victim in the amount of $18,400.00.  (d/e 30)

3.     The United States seeks the entry of personal money judgment against the defendant in the amount of $18,400.00, representing property that constitutes, or is derived from, proceeds obtained, directly or indirectly, as a result of the offenses giving rise to forfeiture.

4.     Based upon the defendant's plea of guilty to Counts One and Two, consent to the forfeiture allegation, and agreement to make restitution to the victim in the amount of $18,400.00, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, has determined that the defendant obtained the amount of $18,400.00, representing property that constitutes, or is derived from, proceeds obtained, directly or indirectly, as a result of the offenses giving rise to forfeiture.

WHEREFORE, in consideration of the Government's Motion and the entire record in this matter, the Court FINDS and ORDERS as follows:

A.     A money judgment in the amount of $18,400.00 is hereby entered against the defendant and in favor of the United States pursuant to Rules 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 982(8)(b)(1), incorporating by reference the provisions of Title 21, United States Code, Section 853.

B.     The United States may undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property, and may, at any time, move pursuant to Rule 32.2(e) to amend this Forfeiture Money Judgment Order to substitute property having

a value not to exceed $18,400.00 to satisfy the money judgment in whole or in part.

C.    Pursuant to Rule 32.2(b)(3), this Forfeiture Money Judgment Order shall become final as to the defendant at the time of sentencing or before sentencing if the defendant consents and shall be made part of the sentence and included in the judgment.

D.    The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

July 17, 2025
DATE:_____

s/ Jonathan E. Hawley

_____
JONATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE